UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-CR-400-KJD-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEANNE P. HALES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#7) on February 3, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: OPM
**Total Amount of Restitution Ordered: $105,670.72**

Dated this _____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE